IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.  Criminal Action No. 2:24-CR-4

NITESH RATNAKAR,

Defendant.
_____/

## DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY
## IN SUPPORT OF HIS MOTION FOR NEW TRIAL APPEAL

Defendant, Nitesh Ratnakar, hereby gives notice of the following supplemental authority in support of his pending motion for new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure.

1. *United States v. Rafiekian,* 68 F.4th 177 (4th Cir. 2023)

2. *United States v. Elfenbein,* 708 F. Supp. 3d 621 (Dist. Md. 2023)

3. *United States v. Hernandez,* 2023 U.S. Dist. LEXIS 105424 (E.D. Va. 2023)

Respectfully submitted,

*s/s David M. Garvin*
David M. Garvin
Pro Hac Vice Counsel for Defendant
David M. Garvin, P.A.
2333 Ponce De Leon Blvd., Suite 314
Coral Gables, Florida 33134
Tel: 305-371-8101
Email: dgarvin@garvin.law
Email: ontrial2@gmail.com

1

*/s/ Harry A. Smith III*
Harry A. Smith III
Counsel for Nitesh Ratnakar
Jory & Smith LC
10 South Randolph Avenue
Elkins, West Virginia 26241
Tel: 304-636-3553
Email: hasmith@jorysmith.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 12, 2025, I electronically filed the foregoing Notice of Supplemental Authority in Support of Defendant's Motion for New trial with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

*/s/ Harry A. Smith, III*
Harry A. Smith, III