IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.   Criminal Action No. 2:24-CR-4

NITESH RATNAKAR,

    Defendant.

**DEFENDANT'S UNOPPOSED MOTION FOR TIME TO RESPOND TO GOVERNMENT'S MOTION TO RESTRAIN DEFENDANT FROM DISSIPATING OR ENCUMBERING ASSETS**

    Defendant Nitesh Ratnakar, by counsel, moves the Court for an order granting him seven days, until September 29, 2025, to respond to the Government's Motion to Restrain Defendant from Dissipating or Encumbering Assets. Defendant states as follows:

    1. The Government filed said Motion on September 18, 2025 (ECF 145), followed by a Supplemental Memorandum (ECF 146), filed on September 19, 2025.

    2. Defendant's counsel would request that they be afforded seven days in which to file Defendant's response to said Motion and Supplemental Memorandum.

    3. The Government, by Assistant United States Attorney Morgan S. McKee, does not oppose the granting of this motion.

    WHEREFORE, Defendant moves that the Court enter an order granting him until September 29, 2025, to file his response.

    Respectfully submitted,

    NITESH RATNAKAR
    Defendant
    By counsel

  */s/David M. Garvin*
 DAVID M GARVIN
 *Pro Hac Vice* Counsel
 for Defendant
 2333 Ponce De Leon Boulevard
 Suite 314
 Coral Gables, Fl 33134
 Phone 305-371-8101
 dgarvin@garvin.law
 ontrial2@gmail.com


 */s/ Harry A. Smith, III*
 HARRY A. SMITH, III
 Jory & Smith, L.C.
 P.O. Box 1909
 Elkins, WV 26241
 hasmith@jorysmith.com
 304-636-3553

**CERTIFICATE OF SERVICE**

I, Harry A. Smith, III, counsel for Defendant Nitesh Ratnakar, do hereby certify that the *Motion for Time to Respond to Government's Motion to Restrain Defendant from Dissipating or Encumbering Assets* was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jarod J. Douglas
Assistant United States Attorney

Eleanor Hurney
Assistant United States Attorney

Morgan S. McKee
Assistant United States Attorney

Dated at Elkins, West Virginia, this 22nd day of September, 2025.

*/s/ Harry A. Smith, III*
HARRY A. SMITH, III
Jory & Smith, L.C.
P.O. Box 1909
Elkins, WV 26241
hasmith@jorysmith.com
304-636-3553

3