IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.  Criminal Action No. 2:24-CR-4

NITESH RATNAKAR,

       Defendant.
_____/

## DEFENDANT'S MOTION TO ADJOURN SENTENCING HEARING

Defendant, Nitesh Ratnakar, through his undersigned counsel, respectfully moves this Honorable Court to adjourn the sentencing hearing presently scheduled in this cause and as grounds therefore states:

On November 19, 2024, following a jury trial, Dr. Ratnakar was found guilty on all of the tax counts alleged in the indictment. The sentencing is scheduled for January 28, 2026, at 12:30 p.m. [Doc. #159] At the present time, the "tax loss" to be used for sentencing purposes remains contested. The Defendant intends to call Dana Kaufman, Esq., CPA to testify as an expert witness regarding the calculation of tax loss during the years in issue, 2017 through 2022. It is anticipated that Mr. Kaufman will testify to the effect that the Research and Development Tax Credit, Employee Retention Tax Credit, Payroll Protection Program forgivable loans, COVID-19 sick leave credit, and net operating losses have on the calculation of tax loss.

The defense intends to review with Mr. Kaufman his testimony on these tax matters. Unfortunately, in August 2024, Mr. Kaufman was diagnosed as having cancer in his left eye and underwent surgery to remove the malignoma on August 23, 2024. For an extended period of time, Mr. Kaufman could not see out of his left eye. Over the past 12 months, Mr. Kaufman's vision in his left eye has modestly improved. However, Mr. Kaufman is not able to use his eye for extended periods of time as it adversely affects his sight and is uncomfortable. This slows the review process. As a result, the defense requests a modest adjournment of the sentencing hearing in this case to complete Mr. Kaufman's preparation.

Defense counsel presently have criminal trials/pleas scheduled on February 12, 13, 14, 17, and March 2, 2026 through March 16, 2026. Mr. Kaufman will receive a medical shot to his eye on February 18, 2026, that will prevent him from traveling on an airplane on February 19, and 20. As a result, defense counsel respectfully requests an adjournment to February 23, 24, 25, 26, or 27 or any date convenient to the Court after March 16, 2026.

WHEREFORE, Defendant respectfully moves this Honorable Court to adjourn his sentencing hearing from January 28, 2026 to February 23, 24, 25, 26, or 27, 2026.

Respectfully submitted,

*s/s David M. Garvin*
David M. Garvin
Pro Hac Vice Counsel for Defendant
David M. Garvin, P.A.
2333 Ponce De Leon Blvd., Suite 314
Coral Gables, Florida 33134
Tel: 305-371-8101
Fax: 305-371-8848
Email: dgarvin@garvin.law
Email: ontrial2@gmail.com

> */s/ Harry A. Smith III*
> Harry A. Smith III
> Counsel for Nitesh Ratnakar
> Jory & Smith LC
> 10 South Randolph Avenue
> Elkins, West Virginia 26241
> Tel: 304-636-3553
> Email: hasmith@jorysmith.com

**CERTIFICATE OF COMPLIANCE WITH
OBLIGATION TO CONSULT OPPOSING COUNSEL**

**I HEREBY CERTIFY** that counsel for Dr. Ratnakar communicated with counsel for the United States concerning this motion and counsel for the United States indicated that the United States objects to the motion.

> */s/ Harry A. Smith, III*
> Harry A. Smith, III

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 16, 2025, I electronically filed the foregoing motion to adjourn the sentencing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

> */s/ Harry A. Smith, III*
> Harry A. Smith, III