IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

UNITED STATES OF AMERICA,

v.                                            CRIMINAL ACTION NO. 2:24-CR-4
                                                         (KLEEH)

NITESH RATNAKAR,

        Defendant.

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE**

Now comes the United States of America and Matthew L. Harvey, United States Attorney for the Northern District of West Virginia, and Eleanor F. Hurney and Jarod J. Douglas, Assistant United States Attorneys for said District, and files this response in opposition to Defendant Ratnakar's Motion to Continue.

On November 19, 2024, a jury found Nitesh Ratnakar guilty of 38 counts of Willful Failure to Pay Over Tax (Counts 1–38), in violation of 26 U.S.C. § 7202, and three counts of Filing a False Income Tax Return (Counts 39–41), in violation of 26 U.S.C. § 7206(1).  On November 21, 2024, this Court set the matter for sentencing on March 17, 2025.  Doc. 97.  On January 21, 2025, the U.S. Probation Office disclosed the Presentence Investigation Report and the parties filed objections.  On February 24, 2025, the Court continued the sentencing to March 24, 2025, in order to allow the defendant additional time to file replies to post-trial motions, Doc. 129, and again to April 15, 2025.  Doc. 131.  On March 28, 2025, the defendant filed a motion to continue the sentencing based on the availability of Dana Kaufman, who the defendant intended to call as an expert on tax loss "and the effect the research and development tax credit, the employee retention tax credit, and the payroll protection program have on the calculation of tax loss in this case."  Doc.

1

135. The motion was granted over the government's objection, and sentencing was continued to May 1, 2025. Doc. 137. Ultimately, the sentencing was continued generally. On November 20, 2025, after denying defendant's post-trial motions, the Court set sentencing in this matter for January 28, 2026. Docs. 155, 159. In sum, post-trial motions have been ruled on, objections have been made and briefed, and – as it has been since November 20, 2025, when this Court scheduled the hearing – is ripe for sentencing.

Defendant Ratnakar now seeks another continuance of his sentencing – currently set for fourteen months since his November 19, 2024, conviction – on the grounds that his expert witness, Dana Kaufman, requires additional time to prepare for his testimony. Specifically, the motion notes that Mr. Kaufman suffers from ongoing issues with his eyesight due to medical issues, and that this slows the review process. Doc. 160. Counsel requests a modest adjournment to allow Mr. Kaufman to complete his preparation.

As an initial matter, the United States does not object to the defendant relying on Mr. Kaufman's written report, submitted to the Court on January 14, 2026, Doc. 158, in lieu of live testimony thereby obviating any need for Mr. Kaufman to prepare to testify. As a practical matter, the United States objects to any further continuance, modest or otherwise, of the defendant's sentencing. This sentencing has been scheduled since November 20, 2025, Doc. 155, and as the defendant's motion makes clear, these are not emergent or surprising issues which preclude Mr. Kaufman's preparation. Rather, the grounds for the request have been in existence since before this case even proceeded to trial, and were known in the nearly two months since this matter was set for sentencing.

However, in the event the Court grants the brief continuance requested, the United States submits that counsel is unavailable the first two weeks of February as well as March 3rd, 4th, 5th, 30th, and 31st, and April 1st and 2nd.

        Respectfully submitted,

        MATTHEW L. HARVEY
        UNITED STATES ATTORNEY

By:   /s/ Eleanor F. Hurney
       Eleanor F. Hurney
       Assistant United States Attorney

       and

       /s/ Jarod J. Douglas
       Jarod J. Douglas
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Eleanor F. Hurney, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on January 16, 2026, the foregoing *United States' Response to Defendant's Motion to Continue* was filed via CM/ECF which will provide notice to all counsel of record herein.

                                            MATTHEW L. HARVEY
                                            UNITED STATES ATTORNEY

By:    /s/ Eleanor F. Hurney
           Eleanor F. Hurney
           Assistant United States Attorney