IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**UNITED STATES OF AMERICA,**

v.    CRIMINAL ACTION NO. 2:24-CR-4
      (KLEEH)

**NITESH RATNAKAR,**

      **Defendant.**

### UNITED STATES' RESPONSE TO DEFENDANT'S RENEWED MOTION TO CONTINUE SENTENCING

Now comes the United States of America and Matthew L. Harvey, United States Attorney for the Northern District of West Virginia, Jarod J. Douglas and Eleanor F. Hurney, Assistant United States Attorneys for said District, and files this response to Defendant Ratnakar's Renewed Motion to Continue Sentencing [Doc. 172].

The government does not oppose the request to continue the sentencing from January 28, 2026. However, the government requests that the Court schedule the hearing for Thursday, January 29, 2026, in the afternoon, which would allow defense counsel more of an opportunity to find a replacement flight.

If the Court is not amenable to the government's request or is unavailable on January 29, 2026, then the government requests that the hearing be scheduled during the week of February 23, 2026, due to government counsel's unavailability on January 30, 2026, and for the first two weeks of February, and defense counsel's stated unavailability for the period of February 12-19, 2026. Concerning scheduling, the government also notes that government counsel is unavailable on March 3, 4, and 5, 2026.

1

Respectfully submitted,

MATTHEW L. HARVEY
UNITED STATES ATTORNEY

By: /s/ Jarod J. Douglas
Jarod J. Douglas
Assistant United States Attorney

and

/s/ Eleanor F. Hurney
Eleanor F. Hurney
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Jarod J. Douglas, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on January 27, 2026, the foregoing *UNITED STATES' RESPONSE TO DEFENDANT'S RENEWED MOTION TO CONTINUE SENTENCING* was filed via CM/ECF which will provide notice to all counsel of record herein.

                                                MATTHEW L. HARVEY
                                                UNITED STATES ATTORNEY

By:    /s/ Jarod J. Douglas
           Jarod J. Douglas
           Assistant United States Attorney