UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

CASE NO.  2:24-CR-04 (KLEEH)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| NITESH RATNAKAR, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**DEFENDANT NITESH RATNAKAR'S AMENDED
RENEWED MOTION TO CONTINUE SENTENCING HEARING
DUE TO WINTER STORM FERN AND RELATED WEATHER**

Defendant, Nitesh Ratnakar, respectfully renews his motion to continue the sentencing hearing in this cause due to Winter Storm Fern and the related bad weather conditions. This amended motion includes the position of the government.

The sentencing hearing in this case is scheduled to take place on Wednesday, January 28, 2026 at 12:30 pm. A similar motion to continue was previously denied by this Honorable Court without prejudice on January 23, 2026. [ECF #168] The circumstances supporting the motion have significantly changed. Dr. Ratnakar's counsel, David Garvin was scheduled to travel by American Airlines from Miami, Florida on January 27, 2026 to Pittsburgh, Pennsylvania in order to attend the sentencing hearing scheduled to take place on January 28, 2026. Mr. Garvin was scheduled to drive a rental car from the Pittsburgh airport to the TownePlace Suites by Marriott Bridgeport Clarksburg and intended to attend the sentencing on January 28, 2026 at the Clarksburg, Courthouse.

Winter Storm Fern arrived on Sunday January 25, 2026, and brought significant snowfall and winter weather conditions to the Pittsburgh and Clarksburg areas. The storm was part of an arctic air mass that has resulted in daily low temperatures near or below zero. The snow and extremely cold temperatures have resulted in numerous airline cancellations. Several news services have reported that over 200 scheduled airline flights to the Pittsburgh airport have been cancelled. On January 26, 2026, American Airlines issued a status report regarding the delays caused by Fern. A copy of the report is attached hereto as Exhibit "A". Shortly thereafter, on January 26, 2026, at 8:54 p.m. American Airlines issued an alert that flight AA0902 had been cancelled. A copy of the alert is attached hereto as Exhibit "B". The cancelled flight was the flight that David Garvin was to travel on to Pittsburgh from Miami, Florida.

Dr. Ratnakar respectfully requests that the sentencing hearing presently scheduled for January 28, 2026, be rescheduled to a date convenient to the Court but excluding February 12, 2026 through February 19, 2026 due to undersigned counsel's existing commitments/conflicts.

The interests of justice and the safety of all concerned would be best served by the continuance of the sentencing hearing in this case.

WHEREFORE, Dr. Ratnakar respectfully renews his motion for this Honorable Court to continue the sentencing hearing in this case to a date that is convenient to the Court excluding February 12, 2026 through February 19, 2026.

Dated: January 27, 2026

Respectfully submitted,

/s/ *David M. Garvin*
David M. Garvin
Florida Bar #347736
P.H.V. Counsel for Defendant
2333 Ponce de Leon Boulevard
Suite 314
Miami, Florida 33134
Tel: (305) 371-8101
Email: ontrial2@gmail.com
Email: dgarvin@garvin.law

/s/ *Harry A. Smith III*
Harry A. Smith III
Counsel for Nitesh Ratnakar
Jory & Smith LC
10 South Randolph Avenue
Elkins, West Virginia 26241
Tel: 304-636-3553
Email: hasmith@jorysmith.com

## CERTIFICATE OF COMPLIANCE WITH
## OBLIGATION TO CONSULT OPPOSING COUNSEL

**I HEREBY CERTIFY** that counsel for Dr. Ratnakar requested the position of counsel for the United States concerning this motion and counsel for the United States responded that the government does not object. The government is available on the afternoon of Thursday, January 29, 2026, and if Thursday is not available for the Court, then the government believes the hearing should be scheduled on any date in the last two weeks of February due to government counsels' unavailability on Friday, January 30, 2026 and the first two weeks of February. Defense counsel are not available on January 29, 2026 and are not available February 12, 2026 through February 19, 2026.

*/s/ Harry A. Smith, III*
Harry A. Smith, III

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 27, 2025, I electronically filed the foregoing renewed motion with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

*/s/ Harry A. Smith, III*
Harry A. Smith, III